UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | |
|---|---|
| 500 INMATES OF PUTNAMVILLE CORRECTIONAL FACILITY, MICHAEL SCUTERI, <br><br> Plaintiffs, <br><br> v. <br><br> HEATHER RUSSELL, CAMERON BABB, CHRISTINA REAGLE, TRICIA PRETORIUS, MICHAEL DURREGER, INDIANA DEPARTMENT OF CORRECTION, <br><br> Defendants. | No. 2:24-cv-00424-JPH-MG |

**ORDER DENYING MOTIONS TO ADD ADDITIONAL PLAINTIFFS**

This action originally was filed in state court by Plaintiff Michael Scuteri before being removed to this Court by the Defendants. Dkt. 2. Mr. Scuteri has not moved to have this action certified as a class action under Federal Rule of Civil Procedure 23.[1]

Under Rule 23, "[o]ne or more members of a class may sue . . . as representative parties on behalf of all members only if . . . the representative parties will fairly and adequately protect the interests of the class." Fed. R. Civ. P. 23(a). In addition, "a court that certifies a class must appoint class counsel." Fed. R. Civ. P. 23(g)(1). "[I]t is generally not an abuse of discretion for a district

---

[1] The Court has denied such a motion in a nearly identical case. *Scuteri v. Indiana Department of Corrections et al.*, No. 2:24-cv-00316-JPH-MKK, dkt. 7.

1

court to deny a motion for class certification on the ground that a pro se litigant is not an adequate class representative. " *Howard v. Pollard*, 814 F.3d 476, 478 (7th Cir. 2015) (emphasis in original) (denying petition to appeal denial of motion for class certification in which district court denied motion for class certification because plaintiffs were proceeding pro se and, thus, not adequate class representatives); *see Goodvine v. Meisner*, 608 F. App'x 415, 417 (7th Cir. 2015).

Furthermore, the Court expressly advised Mr. Scuteri in the -316 case, on September 19, 2024, that "he is **not** a licensed attorney and is **not** an approved class representative. He **must cease** purporting to file documents in this case on behalf of other inmates. If any other individuals wish to pursue relief, they must file complaints on their own behalf and such cases will be subject to individual procedural requirements, including but not limited to resolution of any filing fee issues, before such cases may proceed." No. 2:24-cv-00316 at dkt. 89.

Despite the lack of class certification, there are now 23 pending motions to add additional plaintiffs to this action, representing more than 40 different persons. Because this is not a certified class action and because Mr. Scuteri may not represent those persons, these motions are **denied**. Dkts. [17-19], [21-22], [25-29], [31-39], [42-43]; [45-46]. For the same reasons, the **clerk is directed** to terminate "500 Inmates of Putnamville Correctional Facility" as a named plaintiff on the docket.

Moreover, it has come to the Court's attention that persons mentioned in the multiple motions to add additional plaintiffs may lack accurate or complete information about the status of this case. *See* dkt. 40. The **clerk is directed** to

issue courtesy copies of this Order to the persons named below. These persons are reminded, as stated above, that if they wish to pursue relief, they must file their own complaints and comply with all procedural requirements, including but not limited to resolution of any filing fee issues, before such cases may proceed. This Order does not prevent said persons from filing cases on their own behalf.

The motion at dkt. [40], filed by non-party Terryon Golliday,[2] seeking information about this case, is **granted** to the extent he will receive a copy of this Order informing him that he is not properly a plaintiff in this case and this is not a class-action lawsuit.

**SO ORDERED.**

Date: 10/30/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

MICHAEL SCUTERI
286882
PUTNAMVILLE - CF
PUTNAMVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only

---

[2] Mr. Golliday identifies himself as "Plaintiff #70" in his motion, as listed in the amended complaint Mr. Scuteri filed.

Courtesy Copy to:

TERRYON GOLLIDAY
295044
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

THOMAS J. GOODMAN
927441
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

KENNETH L. WINDSOR
193772
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

BROCK WILLARD
299299
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

RICHARD MAILLOUX
299699
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

AUSTIN CRABTREE
226240
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

JOHN GRAY
979108
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

ROBERT MCCUE
299233
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

GEORGE STATEN
112024
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

GREGORY COX
103230
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

MARLON YOUNGER
282770
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

LANCE SNYDER
141378
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

WYATT BEIDELMAN
294911
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

ANTHONY LOVELLETTE JR.
162192
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

LAWRENCE JOHNSON
172049
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

DAQUAVIOUS TUTROW
295827
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

JOHN HARPER
110770
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

CHRISTOPHER WARREN
992243
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

RONALD PONTE JR.
957596
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

SHANNON A. JONES
138605
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

BLAKE MESSER SR.
297875
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

DANNY POUNCY
298742
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

TONEY BROWN
985739
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

PATRICK SWEET
264589
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

JAMES BRINSFIELD
258551
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

MATTHEW BAKER
169366
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

ROBERT ASTORGA
294985
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

ROBERT FETWELL
851182
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

ANTHONY OMELIAN
180886
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

JOSHUA ARROYO
298462
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

ANDREW MOORE
201150
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

ANDREW MINARDO
229075
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

JESSE SETTLES
175201
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

CENTRELL LANIER
262909
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

ISAIAH HUGHES
258782
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

STEVEN BOWLING
113869
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

DEREK REHWINKEL
912131
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

VICTOR HURLEY
172055
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

ANTONIO WHITLEY
166594
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

RADRICE JOHNSON
293155
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

KENNETH KELLY
144862
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

MICHAEL NELSON
204293
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

QUENTIN BRONSON-BEY
988387
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

FRANKLIN SPIGHT
854105
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

LLOYD ROWLISON
179491
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135

ALBERT THORNE
119579
PUTNAMVILLE CORRECTIONAL FACILITY
Inmate Mail/Parcels
1946 West U.S. Highway 40
Greencastle, IN 46135